IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PIONEER ASSET INVESTMENT LIMITED, ) ) ) Plaintiff, ) ) vs. ) ) ARLIE & COMPANY; CV HOLDINGS LLC; JOHN DOES 1-50, JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE GOVERNMENTAL UNITS 1-50, ) ) ) ) ) ) ) ) Defendants. ) _____ ) | CIVIL 15-00387-ACK-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 14, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION TO REMAND ACTION REMOVED FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT, STATE OF HAWAII," docket entry no. 24, are adopted as the opinion and order of this Court.

1

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 5, 2016.



_____
Alan C. Kay
Sr. United States District Judge

Pioneer Asset Investment Ltd. v. Arlie & Co. et al., Civ. No. 15-00387 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendation.